# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:18cr112 |
| Plaintiff, | |
| v. | District Judge Walter H. Rice |
| JIMMY L. WEBB, JR. | |
| Defendant. | |

**ENTRY ORDERING UNITED STATES MARSHAL'S OFFICE TO SERVE SUBPOENA**

It is hereby requested and ordered that the United States Marshal's Office serve subpoenas upon Destiny Kunkel in this matter.

IT IS SO ORDERED.

December 10, 2019

Walter H. Rice
United States District Judge