IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:18cr112 |
| JIMMY WEBB, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR BOND (DOC.#61); RIGHT OF APPEAL EXPLAINED

---

Defendant is on probation with this Court, a status that began on April 3, 2019.

Pursuant to the discussions and reasoning set forth by the Court, during conference calls held on April 7 and April 9, 2020, both calls upon the record, this Court OVERRULES the Defendant's Motion for Bond (Doc. #61), concluding, by the requisite degree of proof, that there exists no condition or combination of conditions such as to guarantee the appearance of the Defendant when required and/or the safety of any other person and the community.

In ruling as aforesaid, this Court notes that, since Defendant was placed on probation on April 3, 2019, his probationary period has been marked by numerous violations and increasingly bizarre, unpredictable and dangerous conduct. Admittedly, these are allegations only and have not been proven in a court of law.

Defendant is currently under Indictment in the Montgomery County Common Pleas Court on charges which, if adjudicated against him, represent a new level of erratic and

dangerous activities. At this juncture, however, suffice it to say that a duly impaneled grand jury has found probable cause to believe that Mr. Webb has committed the offenses for which he has been indicted.

This Court had secured a psychological evaluation of the Defendant and was preparing to refer him for intensive mental health counseling, when the Coronavirus put a delay on those plans. Accordingly, this Court feels that the Defendant, at this time, represents a danger to himself and others in the community, which could well jeopardize his appearing in Court when required.

Defendant, to whom a copy of this Entry is sent, is advised that he has fourteen days from the filing of this Decision and Entry to appeal this Court's decision rendered herein to a higher court. He is entitled to the services of an attorney to aid him in such an appeal. Should he wish to appeal and desires an attorney to represent him, the Court will appoint an attorney for him, at no cost, to assist him in such an appeal.

_____

April 24, 2020  WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Jimmy Webb, c/o Montgomery County Jail, 330 W. 2nd Street, Dayton., OH 45422