**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:18cr112 |
| Plaintiff, | : | |
| v. | : | |
| **JIMMY L. WEBB, JR.,** | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

_____

**ORDER**
_____

It is the order of this Court that the captioned defendant is NOT to be removed from the Montgomery County Jail without the express written permission of the undersigned.

March 2, 2021

(tp - per Judge Rice authorization)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
United States Marshals Office
Montgomery County Jail
Eric Dern