# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

v.

JIMMY L. WEBB, JR.

Defendant.

Case No. 3:18cr112

District Judge Walter H. Rice

---

**ORDER**

---

The captioned defendant is to be removed to state custody forthwith.

March 23, 2021

_(tp - per Judge Rice authorization after his review)_

Walter H. Rice
United States District Judge